1

2

3

4

5

6

7

8

9

BY [signature] FILED
DEPUTY

JAN - 9 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,

11                             Plaintiff,

12                 v.

13  JAMES JEFFREY ANDERSON

14                             Defendant.

Case No.: *ED CR08-00223-ABC*

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18
U.S.C. § 3143(a))

15

16        The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the ___CENTRAL___

18  District of ___CALIFORNIA___ for alleged violation(s) of the terms and

19  conditions of probation or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

22  A.    (✓)    The defendant has not met his/her burden of establishing by clear and

23         convincing evidence that he/she is not likely to flee if released under

24         18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

25  • UNKNOWN BACKGROUND/COMMUNITY TIES

26  • UNKNOWN BAIL RESOURCES

27

28                                              1

1   and/or

2   B.    ( )    The defendant has not met his/her burden of establishing by clear and

3                convincing evidence that he/she is not likely to pose a danger to the

4                safety of any other person or the community if released under 18

5                U.S.C. § 3142(b) or (c).  This finding is based on the following:

6                _____

7                _____

8                _____

9                _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated: 1/9/12

16                           HONORABLE DAVID T. BRISTOW
                           United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28